UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ARNOLD NEVAREZ, )
)
Petitioner, )
)
v. ) Civil Action No. 07-0226 (RJL)
)
ALBERTO GONZALES, *et al.*, )
)
Respondents. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition is DISMISSED without prejudice, and it is further

ORDERED that the "Motion to Request Judicial Notice" [Dkt. #2] is DENIED as moot.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

RICHARD J. LEON
United States District Judge

Date: